# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00489-CR

**Eric Klingemann, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 9034119, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Eric Klingemann seeks to appeal from a judgment of conviction for aggravated robbery. The trial court has certified that (1) this is a plea bargain case and Klingemann has no right of appeal, and (2) that Klingemann waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. rule 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed:   September 25, 2003

Do Not Publish